United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 23-10038-pmm
Antoine Howlett | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 1
Date Rcvd: Jan 24, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

**Recip ID**      **Recipient Name and Address**
db      + Antoine Howlett, 1024 Yarn Ct, Mohrsville, PA 19541-9404

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

**Name**      **Email Address**

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
     on behalf of Debtor Antoine Howlett steve@sottolaw.com
     info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ANTOINE HOWLETT, | : Bankruptcy No. 23-10038-PMM |
| | : |
| Debtor. | : Chapter 13 |

### ORDER OF COURT

AND NOW, this 24th day of January, 2023, upon consideration of the Debtor's Motion for Enlargement of Time, it is hereby ORDERED that the Debtor's deadline for filing the Statement of Current Monthly Income (Forms 122C-1 and/or 122C-2) and Chapter 13 Plan is extended until February 3, 2023.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Hon. Patricia M. Mayer