## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Antoine Howlett,                     :          **Chapter 13**
                                            :
                **Debtor.**          :          **Bky. No.  23-10038 (PMM)**

## O R D E R

       **AND NOW,** upon consideration of the Debtor's Motion for an Additional Extension of Time (Doc. no. 15, "the Motion"), it is hereby **ORDERED** that:

I.      Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **February 17, 2023**.

II.     **NO FURTHER EXTENSIONS WILL BE GRANTED**.  **If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

III.    This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P.  3002(c), **PROVIDED** that the proof of claim is filed  **on or before April 11, 2023.**

IV.    Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

Date:  2/7/23

                                      _Patricia M. Mayer_
                                      _____
                                      **Hon. Patricia M. Mayer**
                                      **U.S. Bankruptcy Judge**