## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO: 23-10038 |
| ANTOINE HOWLETT | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 2/13/2023, I did cause a copy of the following documents, described below,

Chapter 13 Plan Dated 2/13/23

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/13/2023

/s/ Stephen M Otto
Stephen M Otto  82463

Cornerstone Law Firm
8500 Allentown Pike Suite 3
Blandon, PA  19510
484 220 0481
steve@sottolaw.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ANTOINE HOWLETT

CASE NO: 23-10038

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 2/13/2023, a copy of the following documents, described below,

Chapter 13 Plan Dated 2/13/23

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/13/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Stephen M Otto
Cornerstone Law Firm
8500 Allentown Pike Suite 3
Blandon, PA  19510

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-10038
EASTERN DISTRICT OF PENNSYLVANIA
MON FEB 13 7-30-45 PST 2023

ALLY BANK  CO AIS PORTFOLIO SERVICES
LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE
(U)MT BANK

EXCLUDE

READING
UNITED STATES BANKRUPTCY COURT
OFFICE OF THE CLERK  GATEWAY BUILDING
201 PENN STREET  1ST FLOOR
READING  PA 19601-4038

ALLY BANK
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

ALLY FINANCIAL
PO BOX 380901
BLOOMINGTON  MN 55438-0901

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981540
EL PASO  TX 79998-1540

(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

BALBOA CAPITAL CORPORA
2010 MAIN ST STE 1100
IRVINE  CA 92614-8250

GOLDMAN SACHS BANK USA
ATTN BANKRUPTCY
PO BOX 70379
PHILADELPHIA  PA 19176-0379

JENNIE HOWLETT
1024 YARN CT
MOHRSVILLE  PA 19541-9404

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

EXCLUDE

(D)(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MT BANK
CO DENISE CARLON ESQ
KML LAW GROUP
701 MARKET STREET SUITE 5000
PHILADELPHIA  PA 19106-1541

EXCLUDE

(D)(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

EXCLUDE

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT NC NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA  PA 19107-4202

DEBTOR

ANTOINE HOWLETT
1024 YARN CT
MOHRSVILLE  PA 19541-9404

EXCLUDE

SCOTT F WATERMAN CHAPTER 13
CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVE
SUITE 100
READING  PA 19606-2265

STEPHEN MCCOY OTTO
LAW OFFICE OF STEPHEN M OTTO  LLC
833 N PARK ROAD
SUITE 102
WYOMISSING  PA 19610-1341

COURT'S LICENSE Nb? 14003CEpm SERVICE RECIPIENTS

(Trustee)
SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

ECFMail@ReadingCh13.com

(U.S. Trustee)
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

USTPRegion03.PH.ECF@usdoj.gov

(Creditor)
M&T BANK
represented by:
DENISE ELIZABETH CARLON
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

dcarlon@kmllawgroup.com

(Debtor)
Antoine Howlett
1024 Yarn Ct
Mohrsville, PA 19541
represented by:
STEPHEN MCCOY OTTO
Law Office of Stephen M. Otto, LLC
833 N. Park Road
Suite 102
Wyomissing, PA 19610

steve@sottolaw.com

(Creditor)
Ally Bank, c/o AIS Portfolio Services,
LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118