Office Mailing Address:                                                                          Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                                        Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                                          P.O. Box 680
Reading, PA  19606                                                                              Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-10038-PMM

Antoine Howlett                                                                  Petition Filed Date: 01/06/2023
1024 Yarn Ct                                                                        341 Hearing Date: 03/14/2023
Mohrsville  PA    19541                                                          Confirmation Date: 06/15/2023

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 02/03/2023 | $456.00 | | 03/03/2023 | $456.00 | | 04/03/2023 | $456.00 | |
| 05/04/2023 | $456.00 | | 06/02/2023 | $164.00 | | 07/05/2023 | $168.00 | |

**Total Receipts for the Period:  $2,156.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,320.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,750.00 | $1,971.08 | $1,778.92 |
| 1 | M&T BANK<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $6,119.94 | $0.00 | $6,119.94 |
| 3 | ALLY FINANCIAL<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10038-PMM**

| SUMMARY |
|---------|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,320.00 | Current Monthly Payment: | $164.00 |
| Paid to Claims: | $1,971.08 | Arrearages: | ($4.00) |
| Paid to Trustee: | $199.68 | Total Plan Base: | $11,008.00 |
| Funds on Hand: | $149.24 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.