| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-10038-PMM**

| | |
|---|---|
| Antoine Howlett | Petition Filed Date: 01/06/2023 |
| 1024 Yarn Ct | 341 Hearing Date: 03/14/2023 |
| Mohrsville  PA   19541 | Confirmation Date: 06/15/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $164.00 | | 09/07/2023 | $165.00 | | 10/05/2023 | $164.00 | |
| 11/06/2023 | $164.00 | | 12/05/2023 | $764.00 | | 01/05/2024 | $164.00 | |
| 02/07/2024 | $164.00 | | 03/08/2024 | $164.00 | | 04/08/2024 | $164.00 | |
| 05/06/2024 | $164.00 | | 06/07/2024 | $164.00 | | 07/08/2024 | $164.00 | |

**Total Receipts for the Period: $2,569.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,889.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | M&T BANK<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $6,119.94 | $684.07 | $5,435.87 |
| 3 | ALLY FINANCIAL<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10038-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,889.00 | Current Monthly Payment: | $164.00 |
| Paid to Claims: | $4,434.07 | Arrearages: | ($605.00) |
| Paid to Trustee: | $454.93 | Total Plan Base: | $11,008.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.