Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-10038-PMM

Antoine Howlett
1024 Yarn Ct
Mohrsville  PA    19541

Petition Filed Date: 01/06/2023
341 Hearing Date: 03/14/2023
Confirmation Date: 06/15/2023

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/06/2024 | $164.00 | | 09/06/2024 | $164.00 | | 10/07/2024 | $164.00 | |
| 11/05/2024 | $164.00 | | 12/05/2024 | $164.00 | | 01/07/2025 | $164.00 | |
| 02/05/2025 | $164.00 | | 03/06/2025 | $164.00 | | 04/07/2025 | $164.00 | |
| 05/06/2025 | $164.00 | | 06/05/2025 | $164.00 | | 07/07/2025 | $164.00 | |

Total Receipts for the Period:  **$1,968.00**  Amount Refunded to Debtor Since Filing: **$0.00**  Total Receipts Since Filing: **$6,857.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | M&T BANK<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $6,119.94 | $2,502.01 | $3,617.93 |
| 3 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10038-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,857.00 | Current Monthly Payment: | $164.00 |
| Paid to Claims: | $6,252.01 | Arrearages: | ($605.00) |
| Paid to Trustee: | $604.99 | Total Plan Base: | $11,008.00 |
| Funds on Hand: | $0.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.