**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Antoine Howlett, | : | Case No. 4:23-bk-10038 |
| | : | |
| Debtor. | : | |

---

## PRAECIPE TO SUBSTITUTE APPEARANCE

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw the appearance of Stephen McCoy Otto, Esquire, as counsel for the Debtor in the above-captioned case, and simultaneously enter the appearance of Brenna Hope Mendelsohn, Esquire (Pa. I.D. No. 94806) as counsel for the Debtor.

This substitution is made pursuant to Local Bankruptcy Rule 2091-1 (Limitation on Attorney Withdrawal) of the United States Bankruptcy Court for the Eastern District of Pennsylvania, as another attorney eligible to appear before the Court is entering an appearance simultaneously with this withdrawal of appearance.

**Withdrawing Counsel:**

/s/Stephen McCoy Otto
Stephen McCoy Otto, Esquire
Pa. I.D. No. 82463
Law Office of Stephen M. Otto LLC
109 E Main Street
Somerset, PA 15501
(484) 772-8440
steve@sottolaw.com

**Incoming Counsel:**

/s/Brenna Hope Mendelsohn
Brenna Hope Mendelsohn, Esquire
Pa. I.D. No. 94806
Mendelsohn & Mendelsohn, P.C.
637 Walnut Street
Reading, PA 19601-3524
610-374-8088
tobykmendelsohn@comcast.net

Dated: August 14, 2026