Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Antoine Howlett
1024 Yarn Ct
Mohrsville, PA 19541

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-10038-PMM**

Petition Filed Date: 01/06/2023
341 Hearing Date: 03/14/2023
Confirmation Date: 06/15/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/05/2025 | $164.00 | | 09/09/2025 | $164.00 | | 10/07/2025 | $164.00 | |
| 11/07/2025 | $164.00 | | 12/08/2025 | $164.00 | | 01/07/2026 | $164.00 | |
| 02/06/2026 | $164.00 | | 03/06/2026 | $164.00 | | 04/07/2026 | $164.00 | |
| 05/11/2026 | $164.00 | | 06/05/2026 | $164.00 | | 07/02/2026 | $164.00 | |

**Total Receipts for the Period: $1,968.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $8,825.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | M&T BANK<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $6,119.94 | $4,322.06 | $1,797.88 |
| 3 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10038-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,825.00 | Current Monthly Payment: | $164.00 |
| Paid to Claims: | $8,072.06 | Arrearages: | ($605.00) |
| Paid to Trustee: | $752.94 | Total Plan Base: | $11,008.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.